SAT-54304 0971-3 309I 16-30152
Robert O'Brien
10 Whiltshire Ave.
Larkspur, CA 94939



FILED
FEB 23 2016
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

034355  34355 1 AB 0.413  94939  1 4  7978-1-34355

~~Robert O'Brien
10 Whiltshire Ave.
Larkspur, CA 94939-2155~~

Change of Address

P.O. Bx 877
Sausalito Ca 94966

## ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time.

**We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedures, to reflect any change.**

If the Change of Address information should not be used, please contact your local Postmaster to correct the Change of Address information that has been filed with the Postal Service.

Case: 16-30152   Doc# 13   Filed: 02/23/16   Entered: 02/24/16 09:21:13   Page 1 of 1
034355   54304034389025