JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Caliber Home Loans, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 16-30152 HLB |
| | ) |
| Robert O'Brien, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) **OBJECTION TO CONFIRMATION** |
| | ) **OF CHAPTER 13 PLAN** |
| | ) |
| | ) Judge: Hannah L. Blumenstiel |
| | ) |

1

File No.  CA-16-123342
Objection to Plan, Case No. 16-30152 HLB
Case: 16-30152    Doc# 23    Filed: 03/17/16    Entered: 03/17/16 12:38:31    Page 1 of 3

1. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Caliber Home Loans, Inc., ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtor") Robert O'Brien.

2. 1. Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 10/1/2035 and is secured by a Deed of Trust on the subject property commonly known as 10 Wiltshire Avenue, Larkspur, CA 94939. As of 2/9/2016, the amount in default was approximately $189,245.89. A Proof of Claim detailing the arrearages is forthcoming and will be filed on or before the claims bar date; however, Secured Creditor submits the following objections to timely preserve its rights and treatment under the proposed Plan.

3. 2. The proposed Plan understates the arrearages owed to Secured Creditor. Pursuant to 11 U.S.C. §1322(b)(2), b(5) and 1325 (a)(5)(B), the proposed plan must provide for full payment of the arrearages as well as ongoing monthly payments pursuant to the Note and Deed of Trust. Debtor alleges in the Plan that the arrears owed to Secured Creditor are in the amount of $150,000.00, while in fact the actual arrears owed are in the amount of approximately $189,245.89. To cure the pre-petition arrearages of approximately $189,245.89 within 60 months, Secured Creditor must receive a minimum payment of $3,154.09 per month from the Debtor through the Plan. Debtor's Plan provides for payments to the Trustee in the amount of $5,000.00 per month for 60 months. Pursuant to Schedules I and J, Debtors do not have sufficient net income to increase the payment to cure the arrears owed to Secured Creditor. As such, the plan is not feasible. A true and correct copy of Debtor's Schedules I and J are attached hereto as **Exhibit "1"**.

4. 3. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

The Debtor is ineligible for a Chapter 13 bankruptcy proceeding as the total amount of secured debt exceeds $1,149,525.00. 11 See U.S.C. section 109(e). Accordingly, Secured Creditor additionally requests that the instant case be dismissed or converted to a qualifying chapter.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, dismissed or converted to a qualifying chapter;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

**McCarthy & Holthus, LLP**

3/17/2016

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Caliber Home Loans, Inc.